**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIOLA ASONGWD,<br>1612 Buchanan St., NE<br>Washington, DC 20017<br><br>        Plaintiffs,<br><br>    v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br>1680 Capital One Drive<br>Bank of America Center, 16th Floor<br>Mclean, VA 22102-1111<br><br>        Defendant. | )<br>)  Case No.: 1:19-cv-00095-JDB<br>)<br>)<br>)<br>)  Judge John D. Bates<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Plaintiff VIOLA ASONGWED notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 20th day of August 2019.

> By: */s/ Anitra Ash-Shakoor*
> Anitra Ash-Shakoor, (Bar No. 1008693)
> Capital Justice Attorneys, LLP
> 1717 K Street NW, Suite 900
> Washington, DC 20006
> Office: (202) 465-0888
> Direct: (202) 465-0463
> Fax: (202) 827-0089
> Email: a.ashshakoor@capitaljustice.com

Attorney for Plaintiff, VIOLA ASONGWED

**CERTIFICATE OF SERVICE**

I certify that on August 20, 2019 I filed Plaintiff GABY FRASER's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

John D. Sadler, DC Bar # 483301
sadlerj@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
ATTORNEY TO BE NOTICED

By: */s/ Jeffrey Lohman*
Jeffrey Lohman
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
T: (866) 329-9217
F: (714) 362-0096
E: JeffL@jolohman.com
Attorney for Plaintiff, GABY FRASER