**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIOLA ASONGWED,<br>1612 Buchanan St., NE<br>Washington, DC 20017<br><br>        Plaintiffs,<br><br>    v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br>1680 Capital One Drive<br>Bank of America Center, 16th Floor<br>Mclean, VA 22102-1111<br><br>        Defendant. | )<br>)  Case No.: 1:19-cv-00095-JDB<br>)<br>)<br>)<br>)  *ELECTRONICALLY FILED*<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **JOINT STIPULATION OF DISMISSAL**

Plaintiff Viola Asongwed ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ John D. Sadler (with permission)*
John D. Sadler, DC Bar # 483301
sadlerj@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006-1157
Telephone: 202.661.7659
Facsimile: 202.661.2299
*COUNSEL FOR DEFENDANT*

*/s/ Anitra Ash-Shakoor*
Anitra Ash-Shakoor, (DC Bar #1008693~~Federal Bar No.: 18701~~)
Capital Justice
1717 K Street NW, Suite 900
Washington, DC 20006
Office: (202) 465-0888
Direct: (202) 465-0463
Fax: (202) 827-0089
Email: a.ashshakoor@capitaljustice.com

*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I certify that on September 30~~27~~, 2019 I filed Plaintiff VIOLA ASONGWED's Joint Stipulation of Dismissal using the CM/ECF system, which will provide notice to the following:

John D. Sadler, DC Bar # 483301
sadlerj@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006-1157
Telephone: 202.661.7659
Facsimile: 202.661.2299

      */s/ Anitra Ash-Shakoor*
      Anitra Ash-Shakoor, (DC Bar #1008693~~Federal Bar No.: 18701~~)
      Capital Justice
      1717 K Street NW, Suite 900
      Washington, DC 20006
      Office: (202) 465-0888
      Direct: (202) 465-0463
      Fax: (202) 827-0089
      Email: a.ashshakoor@capitaljustice.com